AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE / EASTERN DISTRICT OF ALABAMA DIVISION

UNITED STATES LIFE INSURANCE COMPANY
OF AMERICA IN THE CITY OF NEW YORK
Plaintiff

V.

RONNIE JAMES HERRING, MD
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07CV1071-WKW

TO: (Name and address of defendant)
Ronnie James Herring, MD
3100 Lafayette Parkway
Opelika, AL 36801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Grace L. Kipp
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_[signature]_
(BY) DEPUTY CLERK

12-7-07
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12-12-07 |
| NAME OF SERVER (PRINT) Kelly Sparks | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-14-07
           *Date*

*Signature of Server*  Kelly Sparks

*Address of Server*  1901 10th Ave. N, Ste 400
Birmingham, AL 35203

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ronnie James Herring, M.D.
   3100 Lafayette Parkway
   Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 12/12/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1350 0000 0180 4977

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540