IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CV : 3:07-cv-01071-WKW-SRW |
| RONNIE JAMES HERRING, MD, ) ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW United States Life Insurance Company in the City of New York ("USL"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and submits this Corporate Disclosure Statement and respectfully shows this Court as follows:

USL is a New York corporation and its principle place of business is in New York. USL is a wholly-owned subsidiary of AIG Life Holdings (US), Inc. ("AIG"), and AIG is a wholly-owned subsidiary of American International Group, Inc.

Dated this 13th day of December, 2007.

                                                            s:/Grace L. Kipp
                                                 Michael D. Mulvaney
                                                 Thomas J. Butler
                                                 Grace L. Kipp
                                                 Attorneys for Plaintiff United States Life

OF COUNSEL
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, Alabama 35203-2618

01547175.1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by CERTIFIED MAIL, this the 13th day of December, 2007.

**Ronnie James Herring, MD**
**3100 Lafayette Parkway**
**Opelika, Alabama 36801**

                                                                     _____s:Grace L. Kipp_____
                                                                       OF COUNSEL