IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES LIFE INSURANCE | ) | |
| COMPANY OF AMERICA IN THE CITY | ) | |
| OF NEW YORK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-CV-1071-WKW |
| | ) | |
| RONNIE JAMES HERRING, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Motion for Leave to File Certain Exhibits Under Seal (Doc. # 3), it is ORDERED that the motion is GRANTED.  The clerk is DIRECTED to place exhibits A, B, and C attached to the complaint under seal.

Done this 14th day of December, 2007.

　　　　　/s/  W.  Keith Watkins　　　　　　　　
UNITED STATES DISTRICT JUDGE