IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK,<br><br>　　Plaintiff,<br><br>vs.<br><br>RONNIE JAMES HERRING, M.D.,<br><br>　　Defendant. | CASE NO: CV-1071 |

### DEFENDANT'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Ronnie James Herring, M.D., Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.　The Defendant is an individual.

Dated: January 8, 2008.

　　　　　　　　　　　　　　//Christopher E. Sanspree//
　　　　　　　　　　　　　　CHRISTOPHER E. SANSPREE (SAN048)
　　　　　　　　　　　　　　Attorney for Defendant Ronnie James Herring, M.D.

OF COUNSEL:
**SANSPREE & McRIGHT, LLC**
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court utilizing the AlaFile system, which will send notification of such filing to counsel of record as listed below on this the 8th of January, 2008.

Mr. Michael D. Mulvaney
Mr. Thomas J. Butler
Ms. Grace L. Kipp
**MAYNARD, COOPER & GALE**
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL  35203-2618

                                        //Christopher E. Sanspree//
                                              OF COUNSEL