IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK,<br><br>    Plaintiff,<br><br>vs.<br><br>RONNIE JAMES HERRING, M.D.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO: CV-1071<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Comes now, Defendant Ronnie James Herring, M.D., by and through counsel, and hereby files this Notice of the following discovery documents:

**Defendant Ronnie James Herring, M.D., First Set of Interrogatories and Request for Production to Defendant United States Life Insurance Company of America in the City of New York.**

Dated: January 8, 2008.

                  //Christopher E. Sanspree//
                  CHRISTOPHER E. SANSPREE (SAN048)
                  Attorney for Plaintiff

OF COUNSEL:
**SANSPREE & McRIGHT, LLC**
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing document with the Clerk of Court utilizing the AlaFile system, which will send notification of such filing to counsel of record as listed below and have served a copy of Plaintiff's First Set of Interrogatories and Request for Production to Defendants as listed below by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this the 8th of January, 2008.

Mr. Michael D. Mulvaney
Mr. Thomas J. Butler
Ms. Grace L. Kipp
**MAYNARD, COOPER & GALE**
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618

                                            //Christopher E. Sanspree//
                                                  OF COUNSEL