# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CV : 3:07-cv-01071-WKW |
| RONNIE JAMES HERRING, MD, ) ) | |
| Defendant. ) | |

### PLAINTIFF UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

Plaintiff United States Life Insurance Company of America in the City of New York ("U.S. Life"), through its undersigned counsel, moves this Court to dismiss all of Defendant's counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6).

As grounds for this motion, U.S. Life states that Defendant misapprehends the nature of U.S. Life's declaratory judgment action, as he raises allegations relating to Defendant's "own occupation" disability policy which has nothing to do with the issues before this Court. Further, each of Defendant's counterclaims is due to be dismissed for the reasons fully set out in U.S. Life's memorandum brief

which is filed in conjunction with this motion.

Filed this 17th day of January 2008.

                                          /s/ Michael D. Mulvaney
                                          Michael D. Mulvaney)
                                          Grace L. Kipp
                                          Attorneys for Plaintiff United States
                                          Life Insurance Company of America
                                          in the City of New York

<u>OF COUNSEL</u>
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203-2618

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by Electronic Mail, this the 17th day of January, 2008.

**Christopher E. Sanspree**
**SANSPREE & McRIGHT, LLC**
**603 Martha Street**
**Montgomery, Alabama 36104**

                                          /s/ Michael D. Mulvaney
                                          OF COUNSEL