IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONNIE JAMES HERRING, MD, )<br>)<br>Defendant. ) | CV : 3:07-cv-01071-WKW |

## MOTION FOR ADDITIONAL TIME TO FILE REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a planning meeting was held on or about **January 25, 2008** by phone with the following parties participating in said planning meeting:

   Grace L. Kipp on behalf of Plaintiff United States Life Insurance Company of America in the City of New York (U.S. Life); and Christopher E. Sanspree on behalf of Defendant Ronnie James Herring, M.D.

2. Counsel for Plaintiff (Grace L. Kipp) timely submitted a proposed Report of the Parties' Planning Meeting to Counsel for Defendant (Christopher E.

Sanspree) for review and finalization subsequent to the above referenced planning meeting.

3. Upon information and belief, the Report of the Parties' Planning Meeting is due to be filed with this Honorable Court today (January 29, 2008).

4. However, Counsel for Defendant (Christopher E. Sanspree) needs and respectfully requests an additional three (3) days to review, finalize and file the Report of the Parties' Planning Meeting.

WHEREFORE, Counsel for Defendant (Christopher E. Sanspree) respectfully requests this Honorable Court to grant him an additional three (3) days to review, finalize and file the Report of the Parties' Planning Meeting.

/s/ Christopher E. Sanspree
Christopher E. Sanspree
SANSPREE & McRIGHT, LLC
603 Martha Street
Montgomery, Alabama 36104
Phone: (334) 262-1001
Fax:   (334) 262-1002
E-mail: chris.sanspree@charter.net

Grace L. Kipp
Attorneys for United States Life Insurance Company of America in the City of New York
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Regions Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602
Phone: (205) 254-1845
Fax:   (205) 254-1999
Email: gkipp@maynardcooper.com