IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:07-CV-1071-WKW |
| RONNIE JAMES HERRING, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Amended Motion for Additional Time to File Report of Parties' Planning Meeting (Doc. # 17), it is ORDERED that the motion is GRANTED. The deadline for filing the Rule 26(f) report containing the discovery plan is extended from January 29, 2008 to **February 1, 2008.**

Done this 31st day of January, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE