IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:07-CV-1071-WKW |
| RONNIE JAMES HERRING, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Suggestion of Bankrtupcy on the Record and Note of Stay of the Proceedings (Doc. # 22), it is ORDERED that the parties shall show cause in writing **on or before February 29, 2008** why the attached order should not be entered**.**

Done this 19th day of February, 2008.

           /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:07-CV-1071-WKW |
| RONNIE JAMES HERRING, | ) ) | |
| Defendant. | ) | |

## **ORDER**

The Defendant, Ronnie James Herring, MD, having filed a Petition in Bankruptcy, it is the ORDER, JUDGMENT, and DECREE of the court:

1. That this case is DISMISSED without prejudice to the right to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;
2. That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;
3. That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and
4. That each party shall bear its own costs herein.

The Clerk of the Court is DIRECTED to mail a copy of this order to the bankruptcy court.

DONE this _____ day of February, 2008.