IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE ) <br> COMPANY OF AMERICA IN THE ) <br> CITY OF NEW YORK, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RONNIE JAMES HERRING, MD, ) <br> ) <br>     Defendant. ) | CV : 3:07-cv-01071-WKW |

## NOTICE OF WITHDRAWAL OF GRACE L. KIPP

COMES NOW Plaintiff/Counterclaim Defendant United States Life Insurance Company of America in the City of New York and hereby gives notice of the withdrawal of Grace L. Kipp as counsel in this action.  Mrs. Kipp is no longer practicing at Maynard, Cooper & Gale, P.C.  Maynard, Cooper & Gale, P.C. will remain as counsel for Plaintiff/Counterclaim Defendant.

        Respectfully submitted by,

        /s/ Grace L. Kipp
        Michael D. Mulvaney
        Thomas J. Butler
        Grace L. Kipp
        Attorneys for Plaintiff United States
        Life Insurance Company of America
        in the City of New York

01610901.1

<u>OF COUNSEL</u>
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

01610901.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by Electronic Mail, this the 5th day of March, 2008.

Christopher E. Sanspree
SANSPREE & McRIGHT, LLC
603 Martha Street
Montgomery, Alabama 36104

                                        /s/ Grace L. Kipp
                                        OF COUNSEL