IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:07-CV-1071-WKW |
| RONNIE JAMES HERRING, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Notice of Withdrawal of Grace L. Kipp (Doc. # 26), which the court construes as a motion to withdraw, it is ORDERED that the motion is GRANTED.

Done this 6th day of March, 2008.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE