IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE ) <br> COMPANY OF AMERICA IN THE CITY ) <br> OF NEW YORK, ) <br>   ) <br>    Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> RONNIE JAMES HERRING, ) <br>   ) <br>    Defendant. ) | CASE NO. 3:07-CV-1071-WKW |

**<u>ORDER</u>**

Before the court is a Suggestion of Bankruptcy on the Record and Stay of the Proceedings (Doc. # 22), in February 19, 2008, the court entered an order (Doc. # 23) directing the parties to show cause why this case should be not dismissed without prejudice to the right to refile after the bankruptcy proceeding was completed. Each party filed a response stating a preference that the case not be dismissed so that the parties do not have to incur the time, costs, and fees associated with refiling.

It is ORDERED that:

1. Plaintiff's Motion to Dismiss Defendant's Counterclaims (Doc. # 13) is DENIED without prejudice, and the plaintiff has leave to refile. The court is denying the motion for administrative reasons.

2. It is CONSIDERED and ORDERED that, pursuant to 11 U.S.C. § 362(a), this litigation be and the same is hereby STAYED.

3. Defendant James Herring is DIRECTED to file a joint status report with the court on the status of the bankruptcy proceedings and the automatic stay **on April 1, 2008**, and on the first day of each subsequent month.

Done this 10th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE