IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, )))) | |
| Plaintiff, )) | |
| v. ) | CV : 3:07-cv-01071-WKW |
| RONNIE JAMES HERRING, MD, ))) | |
| Defendant. ) | |

COMES NOW attorney, David P. Donahue of the firm of Maynard, Cooper & Gale, P.C., and enters an appearance as additional counsel of record for the Plaintiff United States Life Insurance Company of American in the City of New York in the above-styled cause.

                          Respectfully submitted by,

                          /s/ David P. Donahue
                          Michael D. Mulvaney
                          David P. Donahue
                          Thomas J. Butler
                          Attorneys for Plaintiff United States Life Insurance Company of America in the City of New York

OF COUNSEL
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

01610901.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by Electronic Mail, this the 17th day of March, 2008.

Christopher E. Sanspree
SANSPREE & McRIGHT, LLC
603 Martha Street
Montgomery, Alabama 36104

/s/ David P. Donahue
OF COUNSEL

01610901.1