IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK,<br><br>    Plaintiff,<br><br>vs.<br><br>RONNIE JAMES HERRING, MD,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO: CV-07-1071<br>)<br>)<br>)<br>) |

### JOINT STATUS REPORT DONE PURSUANT TO THIS COURT'S ORDER OF MARCH 10, 2008

COME NOW the parties, jointly as ordered, and hereby report the status of the bankruptcy proceedings and the automatic stay as follows:

1). Attorneys for Dr. herring in the above styled cause appeared in the Untied States Bankruptcy Court of the Northern District of Alabama on March 26, 2008 at 11:00am for hearing on their previously filed application for employment.

2). At said time and place, said hearing on the application for employment was continued by the Untied States Bankruptcy Court of the Northern District of Alabama and re-set for hearing on April 8, 2008 at 11:00am.

Respectfully submitted,

   //Christopher E. Sanspree//
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Dr. Herring

1

OF COUNSEL:

**SANSPREE & McRIGHT, LLC**
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile

　　　　　　　　　　　　　　　　//David P. Donahue//
　　　　　　　　　　　　　　　DAVID P. DONAHUE
　　　　　　　　　　　　　　　Attorney for U.S. Life Insurance Company
　　　　　　　　　　　　　　　Of America for the City of New York

OF COUNSEL:

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618