IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CV : 3:07-cv-01071-WKW |
| RONNIE JAMES HERRING, MD, ) ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Thomas J. Butler and hereby notifies the Court of his withdrawal as counsel for Plaintiff/Counterclaim Defendant United States Life Insurance Company of America in the City of New York. Michael Mulvaney of Maynard, Cooper & Gale, P.C. will remain as counsel for Plaintiff/Counterclaim Defendant.

                Respectfully submitted by,

                /s/ Thomas J. Butler
                Michael D. Mulvaney
                Thomas J. Butler
                Attorneys for Plaintiff United States
                Life Insurance Company of America
                in the City of New York

OF COUNSEL
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by Electronic Mail, this the 7th day of May, 2008.

Christopher E. Sanspree  
SANSPREE & McRIGHT, LLC  
603 Martha Street  
Montgomery, Alabama 36104

                                              /s/ Thomas J. Butler  
                                              OF COUNSEL