IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES LIFE INSURANCE )
COMPANY OF AMERICA IN THE CITY )
OF NEW YORK, )
                                   )
          Plaintiff, )
                                   )
v. )      CASE NO. 3:07-CV-1071-WKW
                                   )
RONNIE JAMES HERRING, )
                                   )
          Defendant. )

## ORDER

Upon consideration of the Notice of Withdrawal of Counsel (Doc. # 32),which the court construes as a motion for attorney Thomas Butler to withdraw, it is ORDERED that the motion is GRANTED.

Done ths 9th day of May, 2008.

                          /s/  W.  Keith Watkins
                      UNITED STATES DISTRICT JUDGE