IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CASE NO: CV-07-1071 |
| RONNIE JAMES HERRING, MD, | ) ) ) |
| Defendant. | ) |

### JOINT STATUS REPORT DONE PURSUANT TO THIS COURT'S ORDER OF MARCH 10, 2008 AND MOTION FOR REINSTATEMENT OF THE ABOVE STYLED LITIGATION

COME NOW the parties, jointly as ordered, and hereby report the status of the bankruptcy proceedings and the automatic stay as follows:

1). The Untied States Bankruptcy Court of the Northern District of Alabama issued an Order approving attorney Christopher E. Sanspree's employment as special counsel to represent the bankruptcy Trustee in the above styled cause. (See attached Exhibit "A".)

Wherefore, because attorney Christopher E. Sanspree has been approved to proceed with the above styled cause on behalf of the bankruptcy Trustee, the undersigned attorneys respectfully move this Honorable Court to reinstate the above styled cause.

DATED this the 24th day of June, 2008.

Respectfully submitted,

__//Christopher E. Sanspree//__
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Bankruptcy Trustee for Dr. Herring

OF COUNSEL:

**SANSPREE & McRIGHT, LLC**
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile

__//David P. Donahue//__
DAVID P. DONAHUE
Attorney for U.S. Life Insurance Company
Of America for the City of New York

OF COUNSEL:

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618

08-00633-TBB7
1

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| In the Matter of: | | |
|---|---|---|
| Ronald James Herring | } | Case No: 08-00633-TBB7 |
| SSN: XXX-XX-7956 | } | |
| Elizabeth Johnston Herring | } | |
| SSN: XXX-XX-7982 | } | |
| DEBTOR(S). | } | |

## ORDER GRANTING

This matter came before the Court on Tuesday, June 03, 2008 11:00 AM, for a hearing on the following:
  RE: Doc #30; Trustee Application to Employ Christopher E. Sanspree as Special Attorney for the Estate
Proper notice of the hearing was given and appearances were made by the following:
  Christopher E Sanspree, Special Counsel to Debtors appearing by phone
  William Dennis Schilling, Attorney for Trustee
  Elizabeth Johnson, Attorney for Debtors
  Jon Dudeck, Attorney for Bankruptcy Administrator

**It is therefore ORDERED ADJUDGED and DECREED that:**

Based on arguments of counsel, the pleadings, the evidence before the Court, and the findings of fact and conclusions of law set forth on the record and incorporated herein by reference, the employment of Christopher E. Sanspree, of Sanspree and McRight, as Special Counsel for the Trustee, James G. Henderson, is approved as to employment only. The terms of compensation are not approved at this time and shall be subject to review following the the filing of an application consistent with the requirements of the Bankruptcy Code, 11 of USC Section 101 ET SEQ. and the Rules of Bankruptcy Procedure.

Dated: 06/11/2008

/s/ THOMAS BENNETT
THOMAS BENNETT
United States Bankruptcy Judge



EXHIBIT A