IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:07-CV-1071-WKW |
| RONNIE JAMES HERRING, | ) ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on Plaintiff's Motion for Reinstatement of Litigation (Doc. # 35). The court entered an order staying this case on March 10, 2008, because the Defendant had filed for bankruptcy. (Doc. # 28.) The parties recently informed the court that the stay is due to be lifted because the United States Bankruptcy Court for the Northern District of Alabama approved the employment of defense counsel as special counsel to represent the Trustee in this case. (Doc. # 35.) It is ORDERED that:

1. Plaintiff's Motion for Reinstatement of Litigation (Doc. # 35) is GRANTED;

2. The stay (Doc. # 28) is LIFTED; and

3. A phone status conference is SET for **July 2, 2008, at 10:00 a.m.** The plaintiff is responsible for arranging the phone conference.

Done this 25th day of June, 2007.

                                      /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE