IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES LIFE INSURANCE COMPANY OF AMERICA IN THE CITY OF NEW YORK, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:07-CV-1071-WKW |
| RONNIE JAMES HERRING, | ) ) | |
| Defendant. | ) | |

## **ORDER**

On July 2, 2008, the court held a telephone status conference. If the plaintiff intends to file or renew its motion to dismiss the defendant's counterclaim, it shall do so **on or before July 18, 2008**. The parties shall file an amended Rule 26(f) report **on or before July 18, 2008**.

SO ORDERED.

Done this 9th day of July, 2008.

                                           /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE