IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES LIFE INSURANCE, COMPANY OF AMERICA IN THE CITY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> RONNIE JAMES HERRING, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 3:07-cv-1071-WKW ) ) ) ) |

## **ORDER**

Upon consideration of Defendant's Motion for Leave to Respond to Plaintiff's Alleged Reply Filed on or About August 25, 2008 (Doc. # 46), filed by Defendant Ronnie James Herring, it is ORDERED that the motion is GRANTED. Defendant Herring's response to Plaintiff's Reply Memorandum of Law in Reply in Support of Renewed Motion to Dismiss (Doc. # 45) must be filed on or before **September 9, 2008**.

Done this 3rd day of September 2008.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE